# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1158
_____

United States of America

*Plaintiff - Appellee*

v.

Clifton Hudson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: October 5, 2017
Filed: October 25, 2017
[Unpublished]

_____

Before LOKEN, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Clifton Hudson challenges the sentence the district court[1] imposed after he pleaded guilty, pursuant to a written plea agreement,

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

to a robbery charge. His counsel has moved to withdraw and submitted a brief under Anders v. California, 386 U.S. 738 (1967), challenging his career-offender designation and arguing that the sentence was unreasonable.

We conclude that the appeal waiver is enforceable, because our review of the record demonstrates that Hudson entered into the plea agreement and the appeal waiver knowingly and voluntarily, see Nguyen v. United States, 114 F.3d 699, 703 (8th Cir. 1997); the argument falls within the scope of the waiver; and no miscarriage of justice would result from enforcing the waiver, see United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review); United States v. Andis, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc). Furthermore, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the waiver.

Accordingly, we grant counsel's motion, and we dismiss this appeal.

_____